# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SANDRA GRABNIK, as Independent Administrator of the Estate of ROBERT A. GRABNIK, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>HARJEET SINGH, AKAL TRANSIT, LLC, PEPSI LOGISTICS COMPANY, INC., OCEAN SPRAY INTERNATIONAL, INC. and THE KROGER CO.,<br><br>Defendants. | Case No. 1:22-cv-02985 |

## DEFENDANT PEPSI LOGISTICS COMPANY, INC.'S JURY DEMAND

NOW COMES Defendant, PEPSI LOGISTICS COMPANY, INC. (PLCI), by and through its attorneys, SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C., and hereby demands a jury for trial of said cause.

Date: June 9, 2022

Respectfully submitted,

**PEPSI LOGISTICS COMPANY, INC.**

By: */s/ Michael D. Reed*

Michael D. Reed / ARDC #6313795
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
30 West Monroe Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-255-7200
Facsimile: 312-422-1224
mreed@scopelitis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2022, a true and correct copy of the foregoing *Defendant Pepsi Logistics Company, Inc.'s Jury Demand* was filed using the Court's *CM/ECF Electronic Filing System* and served electronically on the following parties of record at their respective e-mail addresses.

| | |
|---|---|
| Sean P. Murray<br>Bradley N. Pollock<br>Christine Kinnerk<br>TAXMAN, POLLOCK, MURRAY &<br>BEKKERMAN, LLC<br>225 W. Wacker Drive, Suite 1650<br>Chicago, IL 60606<br>smurray@tpmblegal.com<br>bpollock@tpmblegal.com<br>ckinnerk@tpmblegal.com<br><br>*Attorneys for Plaintiff* | Kimberlee Massin<br>Wade Shimer<br>BEST, VANDERLAAN & HARRINGTON<br>25 E. Washington Street, Suite 800<br>Chicago, Illinois 60602<br>kmassin@bestfirm.com<br>mramos@bestfirm.com<br>wshimer@bestfirm.com<br>eservice@bestfirm.com<br><br>*Attorneys for Defendant Ocean Spray* |
| Juan Anderson<br>KOPKA PINKUS DOLIN PC<br>200 West Adams, Suite 1200<br>Chicago, Illinois 60606<br>jmanderson@kopkalaw.com<br><br>*Attorneys for Defendant Kroger* | George M. Velcich<br>SUDEKUM, CASSIDY & SHULRUFF, CHTD<br>20 North Clark Street, Suite 2450<br>Chicago, Illinois 60602<br>gmv@scslegal.com<br><br>*Attorneys for Defendants Harjeet Singh and Akal Transit, LLC* |

                                                                 /s/ Michael D. Reed